COPY

UNDER SEAL

1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   MARK TAKLA (Cal. Bar No. 218111)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       United States Attorney's Office
        411 West Fourth Street, Suite 8000
6       Santa Ana, California 92701
        Telephone: (714) 338-3591
7       Facsimile: (714) 338-3561
        Email:     mark.takla@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOHNNY PAUL TOURINO,

    Defendant.

No. SA18-039M

[PROPOSED] ORDER SEALING COMPLAINT, AFFIDAVIT, ARREST WARRANT, AND DOCKET, AND CLOSING COURTROOM

UNDER SEAL

   The Court has read and considered the government's application, which is incorporated by reference, requesting that the Court keep the complaint, affidavit, arrest warrant, and related documents sealed until further order by a district judge or magistrate judge upon motion of the government, and further requesting that the Court seal the docket and close the courtroom for proceedings in this case until further order by a district judge or magistrate judge upon motion of the government.

   For the reasons set forth therein, the Court finds that the public interest in immediate access to judicial proceedings is

outweighed by the need to protect the integrity of the ongoing criminal investigation.

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to the inherent supervisory powers of the Court, the complaint, affidavit, and arrest warrant, together with the government's application and this order, shall be kept under seal until further order by a district judge or magistrate judge upon the motion of the United States. The government may provide the complaint and affidavit to defendant's counsel of record in this case and may further make any other disclosures required by law.

Furthermore, pursuant to the inherent supervisory powers of the Court, the docket in this case shall be sealed, and any courtroom proceedings in this case shall be closed to the public, until further order by a district judge or magistrate judge upon the motion of the United States.

Furthermore, IT IS HEREBY ORDERED that the docket sheet in this case will only indicate that an under seal filing has been entered.

DATED: 2.6.2018

**Jay C. Gandhi**

_____
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED:_____

_____
UNITED STATES MAGISTRATE JUDGE