# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:18-CR-00046(B)-JLS          Recorder: Deborah Parker          Date: 10/19/2020

Present: The Honorable Karen E. Scott, U.S. Magistrate Judge

Court Clerk: Jazmin Dorado                                   Assistant U.S. Attorney: Kristin Spencer

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 01- Johnny Paul Tourino<br>Bond<br>02-Spectra Equipment Inc.<br>Notice | Jessica Munk<br>Retained<br>Jessica Munk<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendants are arraigned.

Defendant corporation Spectra Equipment Inc. represented by Johnny Paul Tourino.

Defendants are given a copy of the Information.

Defendants acknowledge receipt of a copy and waives reading thereof.

Waivers of Indictment submitted, accepted by the court and filed.

Defendants plead not guilty to all counts in the Information.

This case was previously assigned to the calendar of District Judge Josephine L. Staton.
    All dates previously set remain.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

    Trial estimate: 10 days.

    Parties appearing by video. Advisement of Rights (CR-10) and Consent to Video Conference (CR-29) filed.

PIA: 00 : 26
Initials of Deputy Clerk: JD

cc: Statistics Clerk, PSALA PSASA, USMSA