WIECHERT, MUNK & GOLDSTEIN, PC
DAVID WIECHERT (Cal. Bar No. 94607)
JESSICA C. MUNK (Cal. Bar No. 238832)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822
Facsimile:  (949) 361-5722
Email: dwiechert@aol.com
Email: jessica@wmgattorneys.com

Attorneys for Defendant
Johnny Paul Tourino

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY PAUL TOURINO,<br><br>    Defendant. | Case No. SACR18-00046-JLS<br><br>**STIPULATION TO MODIFY THE BOND FOR DEFENDANT JOHNNY PAUL TOURINO; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant United States Attorney Mark Takla, and Defendant, JOHNNY PAUL TOURINO, by and through his counsel, Jessica C. Munk, as follows:

WHEREAS on February 7, 2018, this Court released Mr. Tourino on a $100,000 unsecured appearance bond with an affidavit of surety by Mr. Tourino's sister, which would be substituted by a $100,000 appearance bond with full deeding of property, (i.e., the property bond), by February 21, 2018.

WHEREAS on February 16, 2018, Mr. Tourino posted the $100,000 property bond, which was secured by Mr. Tourino's condo located in Dana Point, California (hereinafter referred to as "the property").

WHEREAS, on April 17, 2018, pursuant to a stipulation by the parties, the Court amended Mr. Tourino's bond, and he posted a $100,000 cash bond and a $50,000 property bond secured by the property. Dkt. No. 49.

WHEREAS, Mr. Tourino has been released on bond in this case for almost four years and has been fully compliant with all terms and conditions of his pretrial release and he poses no risk of flight or danger to the community. Further, Mr. Tourino needs his bond in order to pay legal fees for his defense in this case and to pay living expenses.

WHEREAS, the parties stipulate and agree that Mr. Tourino will sign an unsecured affidavit of surety for $200,000, and in return the Court will release and return Mr. Tourino's $100,000 cash bond and $50,000 lien on Mr. Tourino's property.

WHEREAS, counsel for Mr. Tourino discussed this matter detailed above with Andriana Corona-Buergo, the Pretrial Services Officer who currently supervises Mr. Tourino. Ms. Corona-Buergo indicated that she has no objection.

BASED ON THE FOREGOING AND FOR GOOD CAUSE SHOWN, IT IS HEREBY STIPULATED AND AGREED THAT the Court (1) modify Mr. Tourino's bond to allow him to sign an unsecured affidavit of surety for $200,000, and (2) after the unsecured affidavit of surety is filed, the Court will release and return Mr. Tourino's $100,000 cash bond and also release the $50,000 lien on Mr. Tourino's property.

DATED: October 28, 2021        Respectfully submitted:

WIECHERT, MUNK & GOLDSTEIN, PC

By:   *s/ Jessica C. Munk*
      Jessica C. Munk
      Attorney for Defendant
      Johnny Paul Tourino

UNITED STATES OF AMERICA

By: *s/ Mark Takla*
AUSA Mark Takla
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On October 28, 2021, I served the forgoing documents, described as **STIPULATION TO MODIFY THE BOND FOR DEFENDANT JOHNNY PAUL TOURINO; [PROPOSED] ORDER** on all interested parties as follows:

[X] **BY E-MAIL:** I caused the document(s) to be transmitted electronically by filing the forgoing with the clerk of the District Court using the CM/ECF system, which electronically notifies counsel for all parties.

[ ] **BY PERSONAL DELIVERY:** I personally delivered the document(s) listed above to the person(s) as indicated on the attached service list.

[X] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2021, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta