UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  SACR 18-00046 JLS                                    Date:   October 26, 2022

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter      NONE

|  V.R. Vallery  |  NONE  |  NOT PRESENT  |
|---|---|---|
|  *Deputy Clerk*  |  *Court Reporter/Recorder*  |  *Assistant U.S. Attorney*  |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Johnny Paul Tourino & Spectra Equipment, Inc. | NOT | | | David Wiechert | NOT | | X |
| | | | | Jessical Munk | NOT | | X |
| | | | | William Migler | NOT | | X |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE RE EXCLUSION OF EVIDENCE REGARDING REASONS FOR BLOCKING ORDERS (Doc. 160)**

This matter is before the Court on the Government's Motion in Limine Re Exclusion of Evidence Regarding Reasons for Blocking Orders.  (Doc. 160.)  Defendant filed an Opposition.  (Doc. 177.)

The matter was heard on December 12, 2019, at which time the Court held the matter in abeyance pending review of the Government's classified filing.[1]  (Doc. 238.)

Having reviewed related materials as discussed in the concurrently filed Order, the Court GRANTS the Government's Motion in Limine and EXCLUDES the evidence related to the reasons why the Office of Foreign Asset Control ("OFAC") issued orders to block a million-dollar wire transfer fund to Plaintiff from an individual identified in the charging document as unindicted co-conspirator #2.  (Mot. at 1; *see generally* Doc. 256, Information.)

The Government represents it will not offer evidence of the basis or reason for the issuance of the OFAC orders, and it argues that such basis is irrelevant to the charges and to the defense.  In contrast, the Government represents it will offer evidence of the existence of those orders and Defendant's reaction to them, the latter of which it contends goes to the "willfulness" element of the offenses.

In his Opposition, Defendant declines to offer any theory regarding how the basis of the blocking order could advance his defense.  Defendant is hamstrung, he maintains, by his lack of knowledge of the actual basis for the blocking orders.  Defendant represents that he

---

[1] In the interim, the parties have stipulated to many continuances of Defendant's trial for reasons unrelated to this motion.  (*See, e.g.,* Doc. 274, Eighth Stip. to Cont. Trial Date.)  During this time, Defendant has been released on bond.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  SACR 18-00046 JLS                                                            Date:   October 26, 2022

could "speculate as to various possible reasons for the blocking order that would constitute relevant and material evidence," but he does not, protesting that "such speculation does not advance the ball."  (Opp. at 1-2.)  The Court treats defendant's failure to argue the relevance of the reasons for the blocking order as a tacit acknowledgment that such evidence is not relevant to any issue in the case.

Moreover, as noted in the concurrently filed Order, the Court's review of the materials filed by the Government revealed no materials that would be relevant and helpful to the defense.

The Court therefore GRANTS the Government's Motion in Limine and EXCLUDES evidence regarding the reasons OFAC issued the blocking orders as irrelevant to any issue in this case.  Defendant may not cross-examine the Government's witnesses on this topic, and he may not otherwise seek to introduce evidence on this topic.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  vrv