IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00046-JLS |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' APPLICATION TO SEAL DOCUMENTS** |
| JOHNNY PAUL TOURINO, and SPECTRA EQUIPMENT, INC., | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS ORDERED that Defendants' Application to Seal Documents is hereby GRANTED. The Declaration of Jessica C. Munk In Support of Stipulation to Continue the Trial Date [Dkt. 286] and attached Exhibits A-C are to be filed under seal.

IT IS SO ORDERED.

DATED: December 19, 2022

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE