**DENIED**
BY ORDER OF THE COURT

DATED: AUGUST 2, 2023 

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY PAUL TOURINO,<br><br>    Defendant. | Case No. 18-CR-00046-JLS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT JOHNNY PAUL TOURINO'S SENTENCING HEARING** |

GOOD CAUSE APPEARING, IT IS ORDERED that the Stipulation to Continue Defendant Johnny Paul Tourino's Sentencing Hearing is hereby continued from October 13, 2023 at 1:30 p.m. to November 16, 2023 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

**DENIED**
BY ORDER OF THE COURT

Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE