IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY PAUL TOURINO,<br><br>    Defendant. | Case No. 18-CR-00046-JLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING** |

Based on the <u>under seal</u> Declaration of Jessica C. Munk In Support of Defendant's *Ex Parte* Application to Continue Sentencing, the Court hereby finds good cause to support a continuance of Defendant's sentencing hearing and hereby continues sentencing from October 13, 2023 at 1:30 p.m. to December 8, 2023 at 9:30 a.m.

IT IS SO ORDERED.

DATED: _____

Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE