WIECHERT, MUNK & GOLDSTEIN, PC
DAVID WIECHERT (Cal. Bar No. 94607)
JESSICA C. MUNK (Cal. Bar No. 238832)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822
Email: dwiechert@aol.com
Email: jessica@wmgattorneys.com

Attorneys for Defendant
Johnny Paul Tourino

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOHNNY PAUL TOURINO,<br><br>　　　Defendant. | Case No. 18-CR-00046-JLS<br>Honorable Josephine L. Staton<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER CONTINUING DEFENDANT'S SENTENCING HEARING; <u>UNDER SEAL</u> DECLARATION OF JESSICA C. MUNK FILED IN SUPPORT THEREOF; EXHIBITS CC-EE; [PROPOSED] ORDER**<br><br><u>Current Sentencing Date</u>: December 8, 2023 at 9:30 a.m.<br><br><u>Proposed New Sentencing Date</u>: March 1, 2024 at 9:30 a.m. |

　　Counsel for Defendant, Johnny Paul Tourino hereby applies *ex parte* for an order continuing Mr. Tourino's sentencing hearing from December 8, 2023 at 9:30 a.m. to

March 1, 2024 at 9:30 a.m. The requested continuance is based on the reasons addressed in the under seal Declaration of Jessica C. Munk In Support of *Ex Parte* Application for an Order to Continue Sentencing [Dkt. 339] and attached under seal Exhibits CC to EE filed concurrently herewith. The government objects to the requested continuance.

Dated: November 30, 2023    Respectfully submitted:

                        WIECHERT, MUNK & GOLDSTIEN, PC

                        By:   *s/ Jessica C. Munk*
                               Jessica C. Munk
                               Attorney for Defendant
                               Johnny Paul Tourino

# CERTIFICATE OF SERVICE

I, Jessica C. Munk, an employee of the Wiechert, Munk & Goldstein, PC, located at 4000 MacArthur Blvd. Suite 600 East Tower, Newport Beach, CA 92660, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On November 30, 2023, I served the forgoing documents, described as **DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER CONTINUING DEFENDANT'S SENTENCING HEARING; <u>UNDER SEAL</u> DECLARATION OF JESSICA C. MUNK FILED IN SUPPORT THEREOF; EXHIBITS CC-EE; [PROPOSED] ORDER** on all interested parties as follows:

[X]   **BY E-MAIL:**  I caused the document(s) to be transmitted electronically by filing the forgoing with the clerk of the District Court using the CM/ECF system, which electronically notifies counsel for all parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2023, at Newport Beach, California.

*s/Jessica C. Munk*
Jessica C. Munk