WIECHERT, MUNK & GOLDSTEIN, PC
DAVID WIECHERT (Cal. Bar No. 94607)
JESSICA C. MUNK (Cal. Bar No. 238832)
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822
Email: dwiechert@aol.com
Email: jessica@wmgattorneys.com

Attorneys for Defendant
Johnny Paul Tourino

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00046-JLS |
| Plaintiff, | Honorable Josephine L. Staton |
| v. | **DEFENDANT JOHNNY PAUL TOURINO'S SUPPLEMENT IN SUPPORT OF HIS SENTENCING POSITION; DECLARATION OF JESSICA C. MUNK; EXHIBITS FF-II** |
| JOHNNY PAUL TOURINO, | |
| Defendant. | <u>Sentencing Date</u>: December 8, 2023 at 9:30 a.m. |

Defendant, Johnny Paul Tourino ("Mr. Tourino"), by and through counsel, Jessica C. Munk, in response to the Government's Response to Defendant's Sentencing Position hereby files the following for consideration at his sentencing hearing.

In response to the government's newly raised argument that the Bureau of Prisons can adequately treat Mr. Tourino's medical conditions, the defense respectfully requests that the Court consider the following articles:

1. Walter Pavlo, *Federal Bureau of Prisons' Medical Care Falls Short of Its Own Policy*, Forbes (Apr. 19, 2022) attached to the Declaration of Jessica C. Munk ("Munk Decl.") as Exhibit FF and available at

https://www.forbes.com/sites/walterpavlo/2022/04/19/federal-bureau-of-prisons-medical-care-falls-short-of-its-own-policy/?sh=290d776c5eab (last visited December 4, 2023). This article addresses the Department of Justice Office of the Inspector General's ("OIG") scathing report issued in March of 2022 on three BOP contracts awarded to the University of Massachusetts Medical School. The OIG report found that "BOP faced challenges in transporting inmates to off-site appointments which resulted in a frequent need to reschedule appointments that could delay an inmates healthcare." *Id.* at p. 4. The OIG also found that "BOP did not have systems in place to track and monitor the causes for rescheduling appointments, including whether the reason for a cancellation was a BOP issue or one that was out of its control, such as the physician cancelling the appointment." *Id.* Further, given the lack of monitoring appointments and cancellations, the OIG found "we believe it is difficult for the BOP to determine whether inmates are receiving care within the required community standard." *Id.* In addition, one federal prison with over 1,500 inmates was "without a pharmacist for most of 2022" and OIG was informed the prison has "many diabetics, hypertensives, cardiomyopathy and HIV inmates that have run out of medications and have no way of refilling them." *Id.* at p. 5. OIG was notified that the federal prison currently has "OVER 750 unfilled prescriptions." *Id.* The report addressed medical staff shortages and the Union President at FCI Mendota (California) in an interview said "I know our facility definitely does not meet [the Primary Care Provider Team ("PCPT")] criteria. We have over 1,300 inmates and we would not pass that type of inspection…." *Id.* at p. 6.

2.  Keri Blakinger, *Prisons Have a Healthcare Issue – And It Starts at the Top, Critics Say*, The Marshall Project (Jul. 1, 2021) attached to the Munk Decl. as Exhibit GG and available at https://www.themarshallproject.org/2021/07/01/prisons-have-a-health-care-issue-and-it-starts-at-the-top-critics-say (last visited December 4, 2023). This article highlights that those overseeing the healthcare and safety of the Federal Bureau of Prisons during the Coronavirus Pandemic had no healthcare experience or formal medical education. *Id.* at p. 2. It highlights that as of July of 2021, 50,000 federal prisoners had

tested positive for COVID-19 and at least 258 had died. *Id.* One federal prisoner told the Marshall Project that when she was in prison she was dealing with an untreated hernia in her chest and was taken off of necessary, including her blood pressure pills and antidepressants. She reported, "I feel like we have medical staff that does not know how to do their job correctly." *Id.* at 4.

3.   Sarah N. Lynch, *Watchdog chastises federal prison in California for its handling of COVID-19*, Reuters (Jul. 23, 2020) attached to Munk Decl. as Exhibit HH and available at https://www.reuters.com/article/us-health-coronavirus-usa-prisons-idUSKCN24O29U/ (last visited December 4, 2023). The Department of Justice's Inspector General Michael Horowitz found that "[a] shortage of medical supplies and flaws in the healthcare screening processes contributed to a COVID-19 outbreak at a federal prison in California that sickened more than 1,000 inmates and 23 prison staff." *Id.* at p. 1. The report found that Federal Correctional Complex Lompoc in Santa Barbara had staff "who had tested positive for the novel coronavirus still went to work, and the prison was slow to release inmates into home confinement." *Id.*

4.   Jennifer Valentino-DeVries and Allie Pitchon, *As the Pandemic Swept America, Deaths in Prisons Rose Nearly 50 Percent*, The New York Times (Feb. 19, 2023) attached to the Munk Decl. as Exhibit II and available at https://www.nytimes.com/2023/02/19/us/covid-prison-deaths.html (last visited December 4, 2023). This article reports that "Deaths in state and federal prisons across America rose nearly 50 percent during the first year of the pandemic … according to the first comprehensive data on prison fatalities in the era of Covid-19." *Id.* at p. 1. The New York Times' examination of the data "underscored how quickly the virus rampaged through **crowded facilities, and how an aging inmate population, a correctional staffing shortage and ill-equipped medical personnel combined to make prisoners especially vulnerable** during the worst public health crisis in a century." *Id.* (emphasis added). The article also reported that the "aging, and often ailing, prison population was especially at risk when the pandemic hit, the data review showed, not only because the virus raged

DEFENDANT TOURINO'S SUPPLEMENT TO SENTENCING POSITION

unchecked but ***because medical care for other illnesses could be slow or inadequate***." *Id.* at p. 4 (emphasis added). Further, it noted that "[c]urrent and former inmates interviewed by The Times, as well as advocacy groups, said poor health care was a major factor in prison deaths." *Id.* at p. 5.

DATED:  December 4, 2023                    Respectfully submitted:

                                            WIECHERT, MUNK & GOLDSTEIN, PC

                              By:    *s/ Jessica C. Munk*
                                            Jessica C. Munk
                                            Attorney for Defendant
                                            Johnny Paul Tourino

DEFENDANT TOURINO'S SUPPLEMENT TO SENTENCING POSITION

## DECLARATION OF JESSICA C. MUNK

I, Jessica C. Munk, declare as follow:

1.  I am a principal at Wiechert, Munk & Goldstein, PC, and counsel of record for Defendant Johnny Paul Tourino. I am licensed to practice in the State of California and in the United States District Court for the Central District of California. I have personal knowledge of the following and, if called to do so, I could competently testify thereto.

2.  This declaration is filed in support of Defendant Johnny Paul Tourino's Supplement In Support of His Sentencing Position.

3.  Attached hereto as **Exhibit FF** is a true and correct copy of a Forbes article, *Federal Bureau of Prisons' Medical Care Falls Short of Its Own Policy*, available at https://www.forbes.com/sites/walterpavlo/2022/04/19/federal-bureau-of-prisons-medical-care-falls-short-of-its-own-policy/?sh=290d776c5eab.

4.  Attached hereto as **Exhibit GG** is a true and correct copy of an article from The Marshall Project, *Prisons Have a Healthcare Issue – And It Starts at the Top, Critics Say*, available at https://www.themarshallproject.org/2021/07/01/prisons-have-a-health-care-issue-and-it-starts-at-the-top-critics-say.

5.  Attached hereto as **Exhibit HH** is a true and correct copy of a Reuters article, *Watchdog chastises federal prison in California for its handling of COVID-19*, available at https://www.reuters.com/article/us-health-coronavirus-usa-prisons-idUSKCN24O29U/.

6.  Attached hereto as **Exhibit II** is a true and correct copy of an article from The New York Times, *As the Pandemic Swept America, Deaths in Prisons Rose Nearly 50 Percent*, available at https://www.nytimes.com/2023/02/19/us/covid-prison-deaths.html.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 4 day of December, 2023 in Newport Beach, California.

*s/ Jessica C. Munk*
Jessica C. Munk

# EXHIBIT FF

FORBES > MONEY > PERSONAL FINANCE

# Federal Bureau Of Prisons' Medical Care Falls Short Of Its Own Policy

**Walter Pavlo** Contributor ⓘ

*I write and consult on federal criminal law and criminal justice.*

Follow

🔖  💬 0

Apr 19, 2022, 11:41am EDT

▲

**Click to save this article.**
You'll be asked to sign into your Forbes account.

**Got it**



At some Bureau of Prison facilities, inmate prescriptions are not being filled because of a lack of ... [+]  GETTY IMAGES

The Federal Bureau of Prisons (BOP) has numerous policies and program statements, all meant to set a standard for operations in an agency responsible for the care of 160,000 prisoners. Among them is a program statement for medical care of prisoners entitled Patient Care. The overall goal of the program is stated as being, "*Health care will be delivered to inmates in accordance with proven standards of care without compromising public safety concerns inherent to the agency's overall mission.*" However, those standards are being compromised as a result of staffing shortages that the agency has faced for years now.

The BOP's prisoner population peaked at over 215,000 around the same time that the BOP updated its Patient Care Program in June 2014. Today, there are 155,000 prisoners, 60,000 fewer than in 2014, yet the BOP's budget has increased over the same period of time. One cost driver is healthcare of prisoners.

When the BOP updated its Patient Care program statement, it had one lofty goal of creating something called Primary Care Provider Team (PCPT). According to the statement, a PCPT is a core group of health care providers and support staff whose function is to provide direct patient care. It was designed to improve health care services by "*enhancing continuity of care and promoting preventive health care measures.*" The BOP believed that it would function in the same manner as a medical office in a community setting, only it would be inside a prison. On paper, every inmate would be assigned to a medical team of health care providers and support staff who are responsible for managing the inmate's health care needs. The statement went on with a lofty prediction that PCPT, "*...when fully implemented, "sick call" will be eliminated.*" Presumably this would be the case because a group of medical professionals would proactively manage and treat prisoners. Fast forward to the reality

of today, nearly 8 years after PCPT, the BOP is struggling to care for prisoners in its care.

Be assured, "sick call" is still very much part of medical care inside of federal prisons where prisoners stand in line asking for medical attention for anything from fever, to chest pain, to aching limbs from an injury. Not much has changed. One of the conditions cited in the program statement to make the program a success is that "*Appropriate levels of support staff must be achieved when implementing PCPT.*" That is a problem in today's BOP.

---

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies**

By **Amy Danise** Editor

**Best Covid-19 Travel Insurance Plans**

By **Amy Danise** Editor

---

PCPT guidelines were provided for each institution so that for a day shift PCPT staffing pattern for 1,000 general population inmates will have; 1 physician, 3 mid-level practitioners, 1 registered nurse, 1 or 2 licensed practical nurses and/or medical assistants, 2 health information technicians, and a medical clerical staff person. On paper, it is a team of professionals all assigned to take care of a contingent of prisoners.

---

**Investing Digest: Know what's moving the financial markets and what smart money is buying with Forbes Investing Digest.**

| Email address | Sign Up |
| --- | --- |

By signing up, you accept and agree to our Terms of Service (including the class action waiver and arbitration provisions), and Privacy Statement.

In March 2022, the Department of Justice Office of the Inspector General (OIG) issued a report on audits of three BOP contracts awarded to the University of Massachusetts Medical School (UMass) between 2012 and 2014 to provide comprehensive medical services at a few of its medical centers. The contracts totaled more than $304 million. Beyond the cited shortfalls in care noted by OIG, the report also provided insight into challenges facing the BOP's medical care of prisoners. The report's conclusions were:

*"Although the BOP told us that it did not identify any significant problems with UMass's performance related to the timely delivery of inmate healthcare and quality of care, we found that BOP did not have a reliable, consistent process in place to evaluate either the timeliness of inmate healthcare or the quality of that care."*

*"Further, we found that the BOP faced challenges in transporting inmates to off-site appointments which resulted in a frequent need to reschedule appointments that could delay an inmate's healthcare. In addition, the BOP did not have systems in place to track and monitor the causes for rescheduling appointments, including whether the reason for a cancellation was a BOP issue or one that was out of its control, such as the physician cancelling the appointment.*

*"BOP also did not have a process in place to monitor how long an inmate waited to receive care after a cancelled appointment. Because the BOP did not have systems to measure or track any of these issues, we believe it is difficult for the BOP to determine whether inmates are receiving care within the required community standard."*

A report by OIG is one thing, but how is it playing out on the front lines of providing care in prisons?

A senior medical person at an institution (name and institution withheld) frustrated with the lack of action by the Warden, sent OIG an account of what is happening at one federal prison with over 1,500 inmates. One institution has been without a pharmacist for most of 2022 due to being out on medical leave. The result according to the submission to OIG is that *"We now have several psychiatric patients decompensating daily. We also have many diabetics, hypertensives, cardiomyopathy and HIV inmates that have run out of medications and have no way of refilling them until they, as well as emergent issues, or are lucky enough to communicate the need to executive staff, or custody staff who communicate it to Medical.* We repeatedly are responding to attorney, and family member inquiries about inmates who have not received medication. This, of course takes time away from patient care for the TWO BOP staff members who can resolve the issues, myself and the Nurse Practitioner. ... There are currently OVER 750 unfilled prescriptions."*

I spoke with Charles Jones, Union President of AGFE Local 4036, who works at FCI Marianna in Florida, *"The BOP till hasn't implemented PCPT teams as outlined in policy at Marianna or anywhere from my understanding. This was suppose to be used to give inmates an experience similar to outside world."*

Jones told me that the same issues faced in 2014 have been exacerbated today. *"Currently we are still down positions in medical and this doesn't include the additional positions of 1 nurse and 1 doctor position that we have still not gained back from the 2016 staffing cuts. We had several medical staff leave once hired due to the lack of staff in the department and the expectation for those staff to do all the work all while being questioned about overtime. Those shortages put a lot of normal heath procedures for inmates on backlog. This has caused significant issues of*

*scheduling many outside medical trips each day which is carried out by correctional services.*" Jones' observations are similar to the findings of OIG's reports regarding cancelled appointments.

Aaron Mcglothin, Union President at FCI Mendota (California) said in an interview about whether his facility could pass PCPT, "*I know our facility definitely does not meet that criteria. We have over 1,300 inmates and we would not pass that type of inspection but then again the only inspections that happen at our facilities are by agency representatives who cover for management.*"

The staff member at one institution who submitted the plea for help to OIG ended with this ominous note [all CAPS were part of the original submission], "*THIS IS UNACCEPTABLE, DANGEROUS. Literally a powder keg awaiting an explosion.*"
*Follow me on* Twitter *or* LinkedIn. *Check out my* website *or some of my other work* here.

 **Walter Pavlo**  <span>Follow</span>

I founded Prisonology, an expert network firm of retired Bureau of Prisons professionals, to work with defendants and… **Read More**

Editorial Standards                           Reprints & Permissions

ADVERTISEMENT

## Join Our Conversation

Commenting on this article has ended          🔔  Log in



# EXHIBIT GG

07.01.2021
**INSIDE OUT**

# Prisons Have a Health Care Issue — And It Starts at the Top, Critics Say

*When coronavirus hit federal prisons, the top officials had no health care experience.*



By **KERI BLAKINGER**

When the coronavirus hit the Federal Bureau of Prisons last year, the senior official responsible for overseeing health care and safety in all of the more than 120 lockups was Nicole English, a career corrections officer with a graduate degree in public administration — and no hands-on health care experience. When she switched roles at the height of the pandemic, her replacement, Michael Smith, also had no formal medical education.

This article was published in partnership with NBC News.

"I would seriously question his understanding of science, but he was a nice guy," said Bill Axford, union president at the medical prison in Rochester, Minnesota, where Smith previously worked as the associate warden.

Axford said that when he raised concerns that radon, an odorless radioactive gas that can cause lung cancer, could pose a danger to parts of the prison, Smith initially dismissed the potential threat. "He would say things like, 'Radon's not real,'" Axford said. Axford said that after he forwarded Smith an email from an expert on the dangers of radon, Smith agreed to take the threat seriously. On another occasion, Axford said, Smith said he believed sunscreen, not the sun, caused skin cancer.

Another union official, who declined to be named out of fear of retribution, affirmed Axford's account.

Union leaders, prison health care workers and advocates for prisoners' rights said it was troubling that the people leading the federal prison system's Health Services Division during the COVID-19 crisis lacked medical licenses. Nearly 50,000 federal prisoners tested positive for COVID-19 as of last week, and at least 258 have died. The Bureau of Prisons came under fire last year from politicians and union leaders for pressuring guards to come to work sick, failing to follow its own pandemic plan and buying knock-off N-95 masks.

"This is why our agency is broken," said Joe Rojas, a union leader who works at the Coleman prison complex in Florida. "You have people who are unqualified and you have a medical pandemic, but the leadership has zero medical background."

Neither Smith nor English commented. Agency spokeswoman Randilee Giamusso defended the Bureau of Prisons' response to the coronavirus as "swift and effective," but wouldn't comment on Smith or English's qualifications beyond sharing their publicly listed biographies.

Instead, she wrote in an email that in their roles as assistant directors in charge of the Health Services Division, English and Smith oversaw "an array of highly qualified subject-matter experts"

who can help set policies and make decisions. Those include the agency's medical director, who is "the final health care authority for the Bureau," Giamusso said.

But as some critics noted, the head of the Health Services Division is the one who signs some of the most important medical policies and standards, including COVID-19 protocols and home confinement guidance.

Concerns over medical care and the qualifications of those responsible for it — from administrative leaders to staff members who treat patients — are not unique to the federal system. From California to Alabama, news reports and public records show that prisons routinely hire underqualified and even disgraced medical staff.

The nonprofit National Commission on Correctional Health Care has urged since 1999 that jail and prison medical staff members have the same credentials as those who work outside, in settings like hospitals. But states often allow medical staffers in correctional facilities to work under licenses that are restricted because of past disciplinary issues — and critics say it's part of the reason prisons were so ill-equipped to combat the coronavirus.

"To people who are inside, it's not always clear what the credentials are of the person who is treating them," said Andrea Armstrong, a law professor at Loyola University New Orleans who has studied prison medical care. "They have a general sense that they are getting the people who can't get jobs anywhere else."

Outside of prison, most patients can avoid bad doctors by doing some research and picking another physician — but people behind bars cannot.

When I was locked up in New York a decade ago, our vetting process came down to rumors and fear. "Don't go to that doctor — he gropes people," one of my friends warned me. "That nurse only gives you medication if she likes you," said another. There were stories about women who had the wrong teeth removed or got the wrong medication, or one lady who was so constipated she supposedly went septic and died. We usually didn't know if the rumors were true, but we knew they could be — and we made our health care decisions accordingly.

Sometimes, that meant we refused medical care or just didn't seek it out. During the pandemic, prisoners from New York to Texas to California told me they hid signs of illness or refused treatment because they didn't trust prison officials or medical staff. That suspicion is one reason some incarcerated people are still reluctant to get vaccinated, The Marshall Project reported. A

little over 46% of U.S. prisoners have gotten at least one shot, compared to more than 66% of the adults in the overall population.

"I actually refused the shot for being very fearful of getting it here," a federal prisoner told me in June. She asked to be identified only by her first name — Jenny — for fear of retaliation, and said that during her time behind bars she's been dealing with an untreated hernia in her chest and has been taken off medication that seemed necessary, including blood pressure pills and antidepressants. "I feel like we have medical staff that does not know how to do their job correctly."

Eventually, Jenny agreed to get vaccinated only because she read about judges who'd denied compassionate release to some prisoners who refused shots.

Armstrong, the law professor, said states often allow medical professionals who are barred from working in hospitals and private practices to work in institutional settings like prisons.

Recently, a BuzzFeed News investigation found 10 of the 12 doctors in Louisiana prisons — including six medical directors — had a history of license restrictions or suspensions due to everything from fraud to child pornography convictions. The report came weeks after a federal judge said the medical care in the state's biggest prison was constitutionally inadequate. A prison spokesman did not respond to a request for comment, but previously told BuzzFeed that the hiring practices met state medical board standards.

In Georgia, the state paid over $3 million to settle lawsuits involving two doctors, including one — Dr. Yvon Nazaire — who was hired as a medical director while still on probation in another state. Once he moved to Georgia, he was accused of mishandling medical treatment of nine women who died, and one woman who ended up in a vegetative state after Nazaire and other prison officials ignored her medical distress and accused her of faking her symptoms, her family alleged in a lawsuit. He did not respond to requests for comment this week, but The Atlanta Journal-Constitution previously reported that Nazaire was fired in 2015 and let his medical license expire before the state could sanction him. At the time, the paper also reported that he has defended the quality of his care. A Georgia prison spokesperson referred questions to a contractor that handles medical staffing, which did not respond to a request for comment.

Investigations and court records show a history of similarly troubling hiring decisions at prisons in California, Florida, Illinois, Kansas, Mississippi, Oklahoma and Texas. Some states said they vetted doctors on a case-by-case basis, and that they provide adequate care, according to the Associated Press and The Appeal. A few states said that they couldn't find enough doctors otherwise, or that

they couldn't compete with private practice salaries, according to The Oklahoman and Prison Legal News.

Union leaders have blamed the federal prison system's poor handling of the pandemic on higher-ups who lack medical expertise — such as the assistant director overseeing the Health Services Division.

For 19 years, that position was held by a doctor specializing in infectious disease. By 2016, a psychologist took over the role, and three years later English got the job. She had previously worked as a guard, a case manager and a warden.

A year later, Smith took over the job. Previously, he'd attended Pikes Peak Community College in Colorado, spent six years in the Army and worked his way up the prison system from correctional officer to warden at a federal medical prison.

Some corrections workers — including Aaron McGlothin, the union president at Mendota federal prison in California — said the agency's handling of the pandemic is proof of the need for more medical expertise among the system's executives.

"They spent $3 million buying UV portals," McGlothin added. "They said these killed the coronavirus — but they weren't FDA-approved."

That was something he considered when he declined to get vaccinated at work and instead waited several weeks to get the shot on his own.

"I don't trust the agency," he said of the Bureau of Prisons. "I'm not putting my health and safety in the hands of the BOP."

# EXHIBIT HH

Learn more about **LSEG**

 **REUTERS**®

My View     Following     Saved

## Watchdog chastises federal prison in California for its handling of COVID-19

By **Sarah N. Lynch**

July 23, 2020 5:30 PM PDT · Updated 3 years ago

Aa

WASHINGTON (Reuters) - A shortage of medical supplies and flaws in health screening processes contributed to a COVID-19 outbreak at a federal prison in California that sickened more than 1,000 inmates and 23 prison staff, the Justice Department's internal watchdog has found.

In a report released on Thursday, Inspector General Michael Horowitz said staff at the Federal Correctional Complex Lompoc in Santa Barbara who had tested positive for the novel coronavirus still went to work, and the prison was slow to release inmates into home confinement.

"Lompoc's initial COVID-19 screening process was not fully effective. We identified two staff members who came to work in late March after experiencing COVID-19 symptoms and whose symptoms were not detected in the screening process," the report says.

"Lompoc staff did not seek to test or isolate an inmate who reported on March 22 that he began having COVID-19 like symptoms 2 days earlier."

A Bureau of Prisons spokesperson said the findings on Lompoc need to be taken in a proper context of what was happening at the time, and noted the BOP has also since "made a concerted effort to speed up" home confinement releases from Lompoc.

---

Advertisement · Scroll to continue

---

"The Bureau was following CDC guidelines at that time," BOP spokesman Justin Long said in a statement.

"Proactively distributing face coverings, was not a proven, evidence-based strategy at a time when PPE resources were extremely limited across the country and face coverings were being used as contingency PPE."

The BOP has faced criticism for its slow response to the global pandemic, both from the union that represents its staff and from families of prisoners.

---

Advertisement · Scroll to continue

Union officials have repeatedly accused the BOP of not having enough protective gear, not providing adequate testing and failing to limit the movement of inmates between facilities to prevent the virus from spreading.

The BOP has also faced scrutiny for changing its rules for determining which non-violent federal inmates could qualify for release into home confinement.

Horowitz contrasted Lompoc's response to the COVID-19 pandemic with another federal prison - the Federal Correctional Complex in Tucson, Arizona - which his office found has had far fewer cases of COVID-19.

Reporting by Sarah N. Lynch; Editing by Bernadette Baum and Diane Craft

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights ↗

## Read Next

World

**What do we know about China's respiratory illness surge?**

December 2, 2023

Healthcare & Pharmaceuticals

**Pfizer drops twice-daily version of obesity pill over side effects**

December 2, 2023

Healthcare & Pharmaceuticals

**US obesity docs expect Lilly weight-loss drug to show similar heart benefit as Wegovy**

December 2, 2023

Healthcare & Pharmaceuticals

**Mystery illness affecting dogs across the United States**

November 30, 2023

Feedback

## More from Reuters

# EXHIBIT II

# As the Pandemic Swept America, Deaths in Prisons Rose Nearly 50 Percent

The first comprehensive data on prison fatalities in the Covid era sheds new light on where and why prisoners were especially vulnerable.

**By Jennifer Valentino-DeVries and Allie Pitchon**

Feb. 19, 2023

Deaths in state and federal prisons across America rose nearly 50 percent during the first year of the pandemic, and in six states they more than doubled, according to the first comprehensive data on prison fatalities in the era of Covid-19.

The tremendous jump in deaths in 2020 was more than twice the increase in the United States overall, and even exceeded estimates of the percentage increase at nursing homes, among the hardest-hit sectors nationwide. In many states, the data showed, high rates continued in 2021.

While there was ample evidence that prisons were Covid hot spots, an examination of the data by The New York Times underscored how quickly the virus rampaged through crowded facilities, and how an aging inmate population, a correctional staffing shortage and ill-equipped medical personnel combined to make prisoners especially vulnerable during the worst public health crisis in a century.

"There are so many who passed away due to not getting the medical care they needed," said Teresa Bebeau, whose imprisoned friend died from complications of Covid and cancer in South Carolina. "Most of these people, they didn't go in there with death sentences, but they're dying."

Covid infections drove the death totals, but inmates also succumbed to other illnesses, suicide and violence, according to the data, which was collected by law school researchers at the University of California, Los Angeles, and provides a more detailed, accurate look at deaths in prison systems during the pandemic than earlier efforts.

Altogether, at least 6,182 people died in American prisons in 2020, compared with 4,240 the previous year, even as the country's prison population declined to about 1.3 million from more than 1.4 million.



Prisoners' family members prayed at a rally in Draper, Utah, in 2020.  Steve Griffin/The Deseret News, via Associated Press

Several of the states with the highest mortality rates in 2020 had a history of elevated prison deaths, including Alabama, Arkansas, South Carolina and West Virginia. Researchers said the high numbers — 96 deaths per 10,000 prisoners in West Virginia, more than in any other state — stemmed from long sentences, harsh conditions and relatively poor public health overall.

"Clearly the pandemic is the story, but it is just a part of the story," said Aaron Littman, an assistant professor and the acting director of the U.C.L.A. Law Behind Bars Data Project.

Chrysti Shain, a spokeswoman for the South Carolina Corrections Department, said a lack of testing early in the pandemic had contributed to increased infections. "South Carolina has made significant changes in both its medical and mental health care systems over the past decade" to improve care in prisons, she said. Prison officials in the three other states did not respond to requests for comment.

Even some states with typically lower death rates saw a surge. Michigan and Nevada both had about 70 fatalities per 10,000 inmates in 2020, up from about 30 the previous year.

In New York, an early epicenter of the pandemic, the rate rose to 32 deaths per 10,000 inmates in 2020, from 25 the year before, while New Jersey recorded 51 deaths per 10,000, up from 21. Texas, which has the largest prison population in the country, had 48 deaths per 10,000, up from 28, and California, with the second-highest number of inmates, had 43 per 10,000 in 2020, up from 32.

A handful of states, including Vermont and Wyoming, saw death rates fall, their small prison populations largely spared when the first waves of the virus struck.

"If you have a lower population, then it's less likely that people are going to be hurt or suffer from major life-threatening issues," said Nicholas Deml, commissioner of the Vermont Department of Corrections.



Medical workers administered Covid vaccines to inmates at the Bolivar County Correctional Facility in Cleveland, Miss., in 2021.  Spencer Platt/Getty Images

Deaths in the federal prison system rose, but the rate was lower than those in most states.

For years, the Justice Department collected and analyzed data about federal and state prison deaths to help track health and safety problems. But that stopped in 2019 on the eve of the pandemic because of bureaucratic changes within the department. Since then, it has published only imprecise counts of fatalities, which often do not match the complete data.

A bipartisan Senate investigation in September found that the department was "failing to effectively implement" a 2013 law that required data collection. The Government Accountability Office also looked into the matter, and found that the department's figures for 2021 had missed at least 340 deaths reported publicly by states.

After that investigation, Maureen Henneberg, deputy assistant attorney general for the Office of Justice Programs, told the Senate that the department had trouble gathering information because there was "significant underreporting of deaths in custody" in many states, and that the department "would like to work with Congress to improve the collection of this data." The Justice Department did not respond to requests for further comment.

The U.C.L.A. Law project is among various efforts trying to fill that void. Researchers used public records requests and other means to collect data — which included the tally of deaths, and in many cases, information like the cause of death and the age of the inmate — from 49 states and the federal government. Data from 2021 is only partially complete, but reports from 28 states that together house about half the country's prisoners showed death rates above prepandemic levels.

"It is essential that we as the public know what happens in institutions that incarcerate people in our name," Mr. Littman said. "But unfortunately that has never been the case to the appropriate extent, and it has become worse over time."

## Aging Behind Bars

Nationally, the prison population is graying — in part because of inmates who were incarcerated under tough sentencing laws in the 1980s and 1990s.

In 2009, about 10 percent of all prisoners were 50 or older; by 2019, that number had jumped to 21 percent, according to the Justice Department. By the time they reach their 50s, prisoners are considered elderly, their expected life spans shortened by their years behind bars and, in many cases, drug use and poverty.



An inmate receiving a Covid vaccine in 2021 in the unit for medically vulnerable inmates at the Faribault correctional facility in Minnesota. Aaron Lavinsky/Star Tribune, via Associated Press

The aging, and often ailing, prison population was especially at risk when the pandemic hit, the data review showed, not only because the virus raged unchecked but because medical care for other illnesses could be slow or inadequate. Of the 46 inmates who died in West Virginia in 2020, 42 were older than 50; six were in their 80s.

"We have high rates of depression and suicide, high rates of obesity," said Lydia Milnes, a lawyer with Mountain State Justice, a nonprofit in West Virginia. She said the opioid epidemic had plagued many prisoners, whose health continued to decline even after they were denied access to the drugs.

Some states have attempted to deal with an aging prison population through compassionate release programs, and others let out inmates early in 2020 because of Covid concerns. Vermont, for example, cut its number of inmates by 28 percent between 2009 and 2019. But such efforts can be a hard sell because many of the oldest and longest-serving inmates have been convicted of violent crimes like murder and sexual assault.

In Michigan, where lawmakers have held firm on laws imposing lengthy sentences, nearly 90 percent of the 248 who died in 2020 were 50 or older.

"They have people down there who have Huntington's, who are mentally ill, bedridden, but they're still here," said Yusef Qualls, who was convicted at age 17 as the driver in a murder case and has been incarcerated in Michigan for 27 years. "They're still holding them, you know? It's kind of hard to see."

Chris Gautz, a spokesman for the Michigan Corrections Department, said the state's prisons had pushed to test inmates for Covid and get them early access to vaccines.

"Michigan has the oldest prisoner population in the country, but that is not because we as a department choose to keep prisoners longer," he said, adding that the state legislature had increased the minimum amount of time people must serve and that courts had sentenced people to longer terms.

Amid a debate in 2021 about reducing sentences for good behavior, Dana Nessel, Michigan's attorney general, a Democrat, argued in an opinion piece in the Detroit News that changing the law would undermine efforts to "provide victims and the community a sense of security and stability."

## A Health Care Crisis

Current and former inmates interviewed by The Times, as well as advocacy groups, said poor health care was a major factor in prison deaths. They described systems in which prisoners were charged for seeing a doctor, though many of them found it hard to afford. And when inmates received an appointment, they said, medical staff viewed them with suspicion.

"Doctors or providers will think a patient is malingering or somehow exaggerating their symptoms," said Andrea Armstrong, a law professor at Loyola University in New Orleans who has been documenting and researching deaths in Louisiana prisons.



At Huttonsville Correctional Center in West Virginia, Robbie Campbell had been complaining of severe constipation and rectal bleeding since the beginning of 2016, but he was taken to the hospital only in June 2017 after he passed out from a loss of blood.   Kristian Thacker for The New York Times

Correctional facilities have a hard time attracting nurses and doctors — a problem exacerbated during the pandemic, when it was also difficult to transport people to appointments outside the prison, and when fears of contracting Covid led to absenteeism among prison staff.

Some patients who died in 2020 had seen their health decline for years.

At Huttonsville Correctional Center in West Virginia, Robbie Campbell had been complaining of severe constipation and rectal bleeding since the beginning of 2016, according to medical records contained in a lawsuit. Mr. Campbell, a former coal miner who pleaded guilty to murder in 2010, had submitted multiple requests for medical care, but he was taken to the hospital only in June 2017 after he passed out from a loss of blood. He was diagnosed with colon cancer and died in 2020.

Mark Trammell, who was incarcerated in Lieber Correctional Institute in South Carolina, caught Covid-19 while being treated for liver cancer, after going years before receiving treatment for hepatitis C that he had contracted in prison, according to state records and his family and friends. He died in June 2020 after serving more than 40 years for voluntary manslaughter.

## Not Enough Workers

For years, prisons throughout the country were seen as a boon in rural areas, where they were major employers. But towns that once served as recruiting grounds for correctional officers have been gutted by population declines, and prison jobs — with their low wages and potential dangers — have become less of a draw.

In South Carolina, the prison system has long contended with understaffing — as much as 50 percent below the required levels, according to a 2018 report by the state Corrections Department.

"That's the root cause of pretty much every prison problem," said Hayden Smith, a criminal justice professor at the University of South Carolina. The state has had recurringly high mortality rates in its prisons, including in 2020.



Mark Trammell, right, who was incarcerated in Lieber Correctional Institution in South Carolina, caught Covid-19 while being treated for liver cancer, after going years before receiving treatment for hepatitis C that he had contracted in prison, according to state records and his family and friends.  Sean Rayford for The New York Times

Ms. Shain, the corrections spokeswoman, agreed that the state, like many others, had staffing struggles. She said its prisons had provided "historic raises for security staff" in 2022 and more in 2023 and had since seen improvements in staffing.

Some states, like Florida and West Virginia, have called in the National Guard to augment understaffed facilities.

The lack of personnel means that violence can go unchecked, and that inmates at risk of suicide can be left without adequate supervision.

Even before the pandemic, prisons were increasingly relying on lockdowns and solitary confinement to control their populations, tactics that in turn restricted physical and mental health care.

"You have people just locked up alone for months," Mr. Smith said. "If they didn't have a mental health condition to start with, they certainly do by the end of that."

**Jennifer Valentino-DeVries** is a reporter on the investigative team, where she specializes in using data to shed light on complex issues. In 2021, she was part of a team that won the Pulitzer Prize in national reporting, for coverage of systemic failures in American policing that lead to avoidable deaths. More about Jennifer Valentino-DeVries

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: As Covid-19 Gripped U.S., Death Swept Through Prison System

## <u>CERTIFICATE OF SERVICE</u>

I, Jessica C. Munk, an employee of the Wiechert, Munk & Goldstein, PC, located at 4000 MacArthur Blvd. Suite 600 East Tower, Newport Beach, CA 92660, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On December 4, 2023, I served the forgoing documents, described as **DEFENDANT JOHNNY PAUL TOURINO'S SUPPLEMENT IN SUPPORT OF HIS SENTENCING POSITION; DECLARATION OF JESSICA C. MUNK; EXHIBITS FF-II** on all interested parties as follows:

[X]     **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

I caused a copy to be delivered electronically to the email address listed below.

Probation Officer Eunice Habig
Eunice_Habig@cacp.uscourts.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2023, at Newport Beach, California.

*s/Jessica C. Munk*
Jessica C. Munk
